UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE ISAIAS CRUZ,

    Plaintiff,

v.                                                    Case No.:   6:26-cv-00304-GAP-DCI

SECRETARY KRISTI NOEM,
IMMIGRATION & CUSTOMS
ENFORCEMENT (ICE),
DEPARTMENT OF HOMELAND
SECURITY, LOUIS QUINONES JR.,
IN HIS OFFICIAL CAPACITY AS
WARDEN OF THE ORANGE
COUNTY JAIL; AND KROME
DETENTION CENTER,

    Defendants,
_____/

## ORDER

This matter comes before the Court on Respondents' Response to Order to Show Cause. Doc. 7. The Court has also considered Respondents' Notice of Petitioner's Release from Detention. Doc. 8.

On January 21, 2026, despite maintaining Temporary Protected Status ("TPS"), Petitioner was arrested on the basis that he was allegedly "undocumented." Doc. 1, ¶¶ 14, 18. Petitioner was held at the Orange County jail for twelve days, where he was transferred every 72 hours to an ICE facility to

constructively reset the custody clock.[1] *Id.*, ¶ 20; *see* Doc. 8-1. Petitioner was then transferred to the Krome Detention Facility ("Krome") in South Florida. Doc. 1, ¶ 7; *see* Doc. 8-1.

Respondents—after shuttling Petitioner out of the Middle District on the eve of his filing the instant Petition—then moved to dismiss the Petition or, in the alternative, transfer the case to the Southern District of Florida on jurisdictional grounds. *See* Doc. 6; Doc. 6-1. The next day, however, Respondents filed their Response to this Court's Order to Show Cause and conceded that Petitioner's "ongoing detention [wa]s not appropriate" and that they were "in the process of facilitating his release." Doc. 7 at 2. Respondents filed a Notice the following morning further conceding that "Petitioner has temporary protected status and may not be detained at this time." Doc. 8 at 1. They now certify that Petitioner has been released from immigration detention.[2] *Id.*

In light of Respondents' concession that Petitioner may not be detained because he has TPS and because he has been released from custody, his Petition for Writ of Habeas Corpus has been rendered moot.

---

[1] Petitioner alleges that he was given a new booking number each time he was returned to the Orange County Jail. Doc. 1, ¶ 20.

[2] Petitioner was released from Krome at 11:40 PM on February 9, 2026. Doc. 8-1. In the absence of any protest from Respondents in their recently filed papers, the Court assumes Petitioner is now back in the Middle District of Florida and it has jurisdiction to rule on his Petition. *See generally* Doc. 7; Doc. 8.

Accordingly, it is **ORDERED** that Petitioner's Petition for Writ of Habeas Corpus is hereby **DENIED as moot**.

Respondents' Motion to Dismiss or Transfer in the Alternative (Doc. 6) is likewise **DENIED as moot**.

The Temporary Restraining Order (Doc. 3) is hereby **DISHCARGED**.

The Court retains jurisdiction over this case in the event that Petitioner is unlawfully detained again in the Middle District. Petitioner may file a motion to reopen the case instead of initiating a new lawsuit.

**The Clerk is directed to close the case.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 10, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

ICE: Attention Assistant Field Office Director at MIAAOR-Habeas-DG@ice.dhs.gov

Office of the United States Attorney by certified mail at 400 West Washington

- 3 -

Street, Suite 3100, Orlando, FL 32801 and by email USAFLM.Orlando2241@usdoj.gov

Orange County Jail/Warden's Office by email michele.carpentiere@ocfl.net

Orange County Sheriff's Office – Legal Services by emails irmpickupdesk@ocfl.net, so-as-legalservices@ocsofl.com and OCCDRecords@ocfl.net,

By certified mail to Kristi Noem, Secretary, Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King, Jr. Ave, SE, Washington, DC 20528

Garrett Ripa, Miami Field Office Director, United States Immigration and Customs Enforcement, 865 SW 78th Avenue, Suite 101, Plantation, FL 33324

United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

United States Marshals at usms-mfl-orl@usdoj.gov.